UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20723-CIV-HUCK/WHITE

IRAMM WRIGHT,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

CLOSED CIVIL CASE

## ORDER

This matter is before the Court upon Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (D.E. #1), filed March 19, 2009. This case was referred to the Honorable Patrick A. White, United States Magistrate Judge, on March 19, 2009 for a Report and Recommendation. On September 22, 2009, Judge White issued a Report and Recommendation (D.E. #14), recommending that the Motion be denied. On October 13, 2009, Movant filed Objections to Judge White's Report and Recommendation (D.E. #15). Section 636(b)(1) of the Federal Magistrate Act requires this Court to make a *de novo* determination of those parts of the Magistrate Judge's Report and Recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

After careful consideration of the Motion, the Report and Recommendation, and Movant's Objections, the Court finds that Magistrate Judge White has thoroughly and correctly analyzed the record and the legal issues. The Court adopts the findings of fact and conclusions of law contained in the Report and Recommendation, with the following additional observations.

Regarding Claim One, even if Movant had plead guilty in the absence of a plea agreement as he suggests he would have done, the result would have been the same given the circumstances of the case and Movant's criminal history. So there is no prejudice established as to Claim One. As to Claim Two, the evidence was so overwhelming, including recordings made prior to and of the day in question, that Movant has not shown that his potential testimony would have altered the outcome. This is particularly so given Movant's criminal history.

Accordingly, it is hereby

ORDERED that Movant's Objections (D.E. #15) are overruled, the Report and

Recommendation (D.E. #14) is adopted, and the Motion (D.E. #1) is denied. This case is closed and no Certificate of Appealability shall issue.

DONE AND ORDERED in Chambers, Miami, Florida, October 16, 2009.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**

All Counsel of Record

Iramm Wright, *pro se*
Reg #65210-004
FCC - Coleman
P.O. BOX 1032
Coleman, FL 33521-1032