UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20723-CIV-HUCK/WHITE

IRAMM WRIGHT,

    Petitioner,
vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

This matter is before the Court on *pro se* Petitioner Iramm Wright's Motion to File Belated Notice of Appeal (D.E. # 17), dated December 31, 2009, docketed May 2, 2010. On October 16, 2009, the Court issued an Order (D.E. # 16) affirming the Report and Recommendation of Magistrate Judge Patrick A. White, which recommended that the Petitioner's motion for relief under 28 U.S.C. § 2255 be denied. Petitioner now requests an extension of time to file a notice of appeal because he "has only recently discovered, through his penal LEXIS NEXIS usage at FCC Coleman Medium, that the Court entered an order denying his 28 U.S.C. § 2255 Motion." Petitioner adds that he did not receive a copy of the Court's order.

Generally, notice of appeal in an action under 28 U.S.C. § 2255 must be filed within sixty days after entry of the judgment being appealed. Fed. R. App. P. 4(a)(1)(B). After the sixty-day period has elapsed, a district court may, upon proper motion, re-open for fourteen days the period in which to file a notice of appeal if: (1) it is satisfied that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed; (2) the motion is filed within 180 days after the judgment or order is entered or within fourteen days of the party's receipt of notice under Rule 77(d), whichever is earlier; and (3) the court

finds that no party would be prejudiced. Fed. R. App. P. 4(a)(6). The Court has reviewed the Motion and record, and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Motion is GRANTED. The Plaintiff shall file a notice of appeal within fourteen days of entry of this Order.

DONE and ORDERED in Chambers, Miami, Florida, June 7, 2010.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**

All Counsel of Record

Iramm Wright, *pro se*
Reg #65210-004
FCC - Coleman
P.O. BOX 1032
Coleman, FL 33521-1032